UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DOE,<br>Defendant | M.B.D. Case No. 26-mc-91491 |

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for the Government's pending case against John Doe, and to exclude the time period from August 26, 2026, through and including October 26, 2026 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. The government has consulted with the defense and the defendant assented to this motion. Per this motion, the Government requests a continuance of the date for the filing of any indictment or information under the Speedy Trial Act until October 26, 2026, absent further Order of the Court. The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of its request for a continuance and exclusion of time, the Government states as follows:

1. The parties have been engaged in preliminary discussions regarding the possible resolution of this matter which was initiated by a criminal complaint in *United States v. John Doe*, 26-mj-5137-JGD and which might result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or information.

2. In light of the above, the government would request the 30-day period to file an indictment or information in this case be tolled through October 26, 2026, and that the time period from August 26, 2026, through and including October 26, 2026, should be excluded under the Speedy Trial Act, absent further Order of the Court.

3. A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Catherine Conroy*
Catherine Conroy
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DOE,<br>Defendant | M.B.D. Case No. 26-mc-91491 |

**ORDER OF CONTINUANCE AND EXCLUDABLE DELAY**

Upon consideration of the government's assented-to motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties have been engaged in preliminary discussions regarding the possible resolution of this matter which was initiated by a criminal complaint in *United States v. John Doe*, 26-mj-05137-JGD, and which might result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or information.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from August 26, 2026, through and including October 26, 2026, from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the government's motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to October 26, 2026; and (2) the period from August 26, 2026, through and including October 26, 2026 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

____________________________________
HONORABLE
UNITED STATES DISTRICT JUDGE

Dated:___________

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Catherine Conroy*
Catherine Conroy
Assistant United States Attorney

Date: September 18, 2026